UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

| IN THE MATTER OF: | : | CASE NO. 17-00811-lmj13 |
|---|---|---|
| JAMES P. PAUL and VIRGINIA L. PAUL, | : | CHAPTER 13 |
| | : | |
| DEBTORS. | : | WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS |

COMES NOW the Chapter 13 Trustee, by and through her attorney, and hereby withdraws the Trustee's Motion to Dismiss filed herein on March 21, 2019. The debtors have cured the default in plan payments noted in the motion.

Respectfully submitted,

*/s/ Elizabeth Goodman*

Elizabeth E. Goodman, #AT0002996
Attorney for Chapter 13 Trustee

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true copy of the foregoing WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS was served upon the following parties at the addresses shown below by enclosing the same in an envelope addressed to each such person, with postage full paid and by depositing said envelope in the United States Post Office depository in Des Moines, Iowa, on the __8th__ day of April, 2019.

/s/ Traci Sharp

James & Virginia Paul
207 Pickardy Lane
Council Bluffs, IA  51503

Notice will be electronically mailed by the Clerk of Court to:

John T. Turco @ jturco@johnturcolaw.com

Synchrony Bank @ claims@recoverycorp.com

C. Anthony Crnic @ tcrnic@sayerlaw.com

Benjamin W. Hopkins @ rbennethum@petosalaw.com, jmcvay@petosalaw.com

Office of U.S. Trustee @ USTPRegion12.DM.ECF@usdoj.gov